PER CURIAM.
Affirmed. Bryant v. State, 565 So.2d 1298 (Fla.1990); Reed v. State, 560 So.2d 203, 206 (Fla.), cert. denied, 498 U.S. 882, 111 S.Ct. 230, 112 L.Ed.2d 184 (1990); Alen v. State, 596 So.2d 1083, 1090-91 n. 11 (Fla. 3d DCA1992) (Hubbart, J., concurring), approved, 616 So.2d 452 (Fla.1993); Thomas v. State, 502 So.2d 994 (Fla. 4th DCA), rev. denied, 509 So.2d 1119 (Fla.1987); Taylor v. State, 491 So.2d 1150 (Fla. 4th DCA), rev. denied, 501 So.2d 1284 (Fla.1986).